Bankruptcy Case No. 06-30571-DOT

Adversry Proceeding No. 07-03129-DOT

## CERTIFICATE OF SERVICE

I, __Jeffrey M. Vogel_____, certify that I am, and at all times during the service of process was, not less than
    (name)
18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __October 12, 2007__ by:
    (date)

**X**    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

**IRS / 1111 Constitution Avenue, Washington, DC / 20224**

___    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[FILED NOV 30 2007 — RICHMOND DIVISION — CLERK U.S. BANKRUPTCY COURT]

___    Residence Service: By leaving the process with the following adult at:

___    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

___    Publication: The defendant was served as follows: [Describe briefly]

___    State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                     (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__October 12, 2007__           [Signature]
    Date                                              Signature

**Print Name**           **Jeffrey Vogel**

**Business Address**     **P.O. Box 500**
                                  **Mitchells, VA 22729**

**City**                       **State**                  **Zip**

[ver. N-03/02]

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re Michael John Star

              Debtor(s)

Case No. 06-30571-DOT
Chapter 7

Michael John Star

              Plaintiff(s)

Adversary Proceeding No. 07-03129-DOT

v.

Internal Revenue Service

              Defendant(s)

## SUMMONS AND NOTICE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days. If you make a motion, your time to answer is governed by F.R.B.P. Rule 7012.

*ADDRESS OF CLERK:*  William C. Redden, Clerk
United States Bankruptcy Court
1100 East Main Street, Suite 310
Richmond, VA 23219

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

*NAME AND ADDRESS OF*  Michael John Star, Pro Se
*PLAINTIFF'S ATTORNEY:*  CWCC #339637
P. O. Box 500
Mitchells, VA 22729

YOU ARE NOTIFIED that a
    ____ **PRETRIAL CONFERENCE**
    ____ **TRIAL**
    _x_ **NOT APPLICABLE AT THIS TIME**

of the proceeding commenced by the filing of the complaint will be held at the following time and place:

*ADDRESS:*  United States Bankruptcy Court       *Date:*
                                                                    *Time:*

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                   WILLIAM C. REDDEN, CLERK OF COURT

Date: October 3, 2007                                   By: /s/ Terry I. Muller
                                                                      Deputy Clerk



*[Note: It is the responsibility of counsel for the plaintiff/movant to advise the Court of any settlement or any other valid reason that a Court scheduled pretrial conference, hearing or trial need not be conducted. Counsel are advised to provide the Court with such notification as far in advance of any such conference, hearing or trial as is practical under the circumstances. Failure of such counsel to properly and timely notify the Court may result in the imposition of sanctions. Local Rule 9013-1(O)]*

[ver. N-01/01/97]